**Order entered January 11, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00881-CV

## DR. JAMES LANDERO, D.O., D/B/A LANDERO ENTERPRISES, Appellant

## V.

## FUTURE HEALTHCARE SYSTEMS, INC. AND CHRISTOPHER HELMS, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-12212**

## ORDER

Before the Court is appellant's January 7, 2022 second motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 8, 2022. We caution appellant that further extension requests will be disfavored.

/s/ BONNIE LEE GOLDSTEIN
   JUSTICE